Keith Altman (State Bar No. 257309)
kaltman@excololaw.com
Excolo Law, PLLC
26700 Lahser Road, Suite 401
Southfield, MI 48033
Telephone: (516) 456-5885

Attorneys for GABY BASMADJIAN, INDIVIDUALLY,
AND OTHERS SIMILARLY SITUATED

Carol Lynn Thompson (State Bar No. 148079)
cthompson@sidley.com
Angela C. Makabali, (State Bar No. 296824)
amakabali@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1291
Facsimile:  (415) 772-7400

Amy P. Lally, (State Bar No. 198555)
alally@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone:  (310) 595-9500
Facsimile: (310) 595-9501

Attorneys for Defendant THE REALREAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GABY BASMADJIAN, individually, and others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>THE REALREAL, INC.,<br><br>          Defendant. | Case No. 3:17-cv-06910-WHA<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>Judge: Hon. William H. Alsup |

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, February 28, 2018, The RealReal, Inc. ("TRR") filed its Motion to Dismiss the First Amended Complaint ("FAC"), noticed for hearing on April 19, 2018 at 8:00 a.m.;

WHEREAS, on April 5, 2018, the Court rescheduled the hearing for May 3, 2018.  ECF #39.

WHEREAS, Plaintiff's Counsel has previously scheduled depositions in another matter on May 2-3, 2018 in Alabama.  See Exhibit "A", declaration of Keith Altman.;

WHEREAS, the parties have met and conferred and are both available on May 10, 2018';

WHEREAS, no other extensions of time have been granted for this hearing;

ATTACHED as exhibit "A" to this stipulation is the declaration of Keith Altman, Esq. in support of the stipulation.

NOW THEREFORE, the parties here by agree and stipulate to continue the May 3, 2018 hearing to May 10, 2018 subject to the availability of the Court on that day.

Dated:  April 9, 2018                              Respectfully Submitted,


By:*/s/ Keith Altman*
    Keith Altman (State Bar No. 257309)
    kaltman@excololaw.com
    Excolo Law, PLLC
    26700 Lahser Road, Suite 401
    Southfield, MI 48033
    Telephone: (516) 456-5885

    Attorneys for GABY BASMADJIAN,
    INDIVIDUALLY, AND OTHERS
    SIMILARLY SITUATED

By:*/s/ Carol Lynn Thompson*
    Carol Lynn Thompson (State Bar No. 148079)
    SIDLEY AUSTIN LLP
    cthompson@sidley.com
    Angela C. Makabali (State Bar No. 296824)
    amakabali@sidley.com
    Sidley Austin LLP
    555 California Street, Suite 2000
    San Francisco, California 94104
    Telephone: (415) 772-1291
    Facsimile: (415) 772-7400

Amy P. Lally (State Bar No. 198555)
alally@sidley.com
Sidley Austin LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

Attorney for THE REALREAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 16, 2018.

_____
Honorable William H. Alsup
United States District Judge