UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GABY BASMADJIAN, *individually*

    *Plaintiff*,

v.

THE REALREAL, INC.,

    *Defendants*.

_____/

Case No. 17-cv-06910-WHA

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to the plaintiff**,** Gaby Basmadjian **only** pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED.

By: */S/Keith L. Altman*  
    Keith L Altman (257309)  
    EXCOLO LAW, PLLC  
    26700 Lahser Rd, Suite 401  
    Southfield, Michigan 48033  
    (516) 456-5885  
    kaltman@excololaw.com

    *Attorney for Plaintiff*

By: */S/ Amy Lally*  
    Amy P. Lally (198555)  
    SIDLEY AUSTIN LLP  
    1999 Avenue of the Stars 17th Floor  
    Los Angeles, CA 90067  
    (310) 595-9662  
    alally@sidley.com

    *Attorney for Defendant*

Dated: August 30, 2018